UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN TALLEY,<br><br>              Plaintiff(s),<br>  v.<br><br>EVERLANE, INC.,<br><br>              Defendant(s). | CASE NO. C26-0007-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE |

This matter comes before the Court on the parties' stipulated motion to extend Defendant Everlane, Inc.'s responsive pleading deadline to February 9, 2026. Dkt. No. 6.

The Court GRANTS the motion (Dkt. No. 6). Defendant shall file its answer or other responsive pleading to Plaintiff's Complaint on or before February 9, 2026.

Dated this 8th day of January, 2026.

_____
Kymberly K. Evanson
United States District Judge