UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN TALLEY,

                    Plaintiff(s),

    v.

EVERLANE, INC.,

                    Defendant(s).

CASE NO. C26-0007-KKE

ORDER GRANTING STIPULATED
MOTION TO SET BRIEFING SCHEDULE
AND STAY INITIAL DEADLINES

This matter is before the Court on the parties' stipulated motion to (1) set a briefing schedule on Defendant Everlane, Inc.'s forthcoming motion to compel arbitration; and (2) stay the joint status report, Rule 26(f) conference, and initial disclosure deadlines. Dkt. No. 16. Finding good cause, the Court GRANTS the parties' stipulated motion and sets forth the following briefing schedule: Defendant will file its motion to compel by February 9, 2026; Plaintiff will file her response by March 2, 2026; Defendant will file its reply by March 16, 2026. The deadlines set forth in the Court's previous order (Dkt. No. 12) are hereby STAYED pending the Court's resolution of Defendant's motion to compel arbitration.

Dated this 22nd day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE AND STAY INITIAL
DEADLINES - 1